# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JOHANNES T. MARTIN,

Plaintiff(s),

v.

LIVING ESSENTIALS, LLC.,

Defendant(s).

Case No. 15cv01647
Judge John J. Tharp

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Living Essentials, LLC.
and against plaintiff(s) Johannes T. Martin

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge John J. Tharp on a motion to dismiss.

Date: 2/1/2016                                         Thomas G. Bruton, Clerk of Court

                                                       Alberta Rone , Deputy Clerk